# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                          §
                                                §
TRJ, INC                                        §          Case No. 11-22944
                                                §
                    Debtor(s)                   §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter      of the United States Bankruptcy Code was filed on
    .   The undersigned trustee was appointed on                    .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                          $

            Funds were disbursed in the following amounts:

            Payments made under an interim
            disbursement
            Administrative expenses
            Bank service fees
            Other payments to creditors
            Non-estate funds paid to 3rd Parties
            Exemptions paid to the debtor
            Other payments to the debtor

            Leaving a balance on hand of[1]                  $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.   Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.   The deadline for filing non-governmental claims in this case was                and the deadline for filing governmental claims was               . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $            , for a total compensation of $          [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $         , and now requests reimbursement for expenses of $         , for total expenses of $          [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/CATHERINE STEEGE _____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page:   1

Exhibit A

| | |
|---|---|
| Case No: | 11-22944   JBS   Judge: JACK B SCHMETTERER |
| Case Name: | TRJ, INC |
| For Period Ending: | 04/30/13 |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Date Filed (f) or Converted (c): | 05/31/11 (f) |
| 341(a) Meeting Date: | 07/14/11 |
| Claims Bar Date: | 01/18/12 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Checking Account - Charter One Bank | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2. Checking - Charter One | 500.00 | 4,248.77 | | 4,248.77 | FA | 0.00 | 0.00 |
| 3. Savings Account - Charter One | 40.00 | 40.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. Accounts Receivable - Various Customers | 1,500.00 | 1,500.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5. Shelving, displays, beds | 2,000.00 | 2,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.31 | Unknown | 0.00 | 0.00 |

Gross Value of Remaining Assets

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $4,040.00 | $7,788.77 | | $4,249.08 | $0.00 | $0.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Collection of estate asset.

Initial Projected Date of Final Report (TFR): 12/31/11      Current Projected Date of Final Report (TFR): 06/30/12

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-22944  -JBS |
|---|---|
| Case Name: | TRJ, INC |

| Taxpayer ID No: | *******6530 |
|---|---|
| For Period Ending: | 04/30/13 |

| Trustee Name: | CATHERINE STEEGE |
|---|---|
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9214  Associated Bank - Checking Account |

| Blanket Bond (per case limit): | $ 5,000,000.00 |
|---|---|
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 4,200.82 | | 4,200.82 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.59 | 4,198.23 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.68 | 4,195.55 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.59 | 4,192.96 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.67 | 4,190.29 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,180.29 |
| 02/22/13 | 003001 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA  70139 | Bond Payment | 2300-000 | | 3.62 | 4,176.67 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,166.67 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,156.67 |

| | Page Subtotals | 4,200.82 | 44.15 |
|---|---|---|---|

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 11-22944  -JBS | |
| Case Name: | TRJ, INC | |
| | | |
| Taxpayer ID No: | *******6530 | |
| For Period Ending: | 04/30/13 | |

| | | |
|---|---|---|
| Trustee Name: | CATHERINE STEEGE | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******9214  Associated Bank - Checking Account | |
| | | |
| Blanket Bond (per case limit): | $  5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 4,200.82 | 44.15 | 4,156.67 |
| | | | Less:  Bank Transfers/CD's | | 4,200.82 | 0.00 | |
| | | | Subtotal | | 0.00 | 44.15 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 44.15 | |

Page Subtotals                    0.00                    0.00

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 11-22944  -JBS | |
| Case Name: | TRJ, INC | |

| | |
|---|---|
| Taxpayer ID No: | *******6530 |
| For Period Ending: | 04/30/13 |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3873  BofA - Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/06/12 | | Transfer from Acct #*******3828 | Bank Funds Transfer | 9999-000 | 2.75 | | 2.75 |
| 02/06/12 | 003001 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA  70139 | Bond # 016026455 | 2300-000 | | 2.75 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 2.75 | 2.75 | 0.00 |
| Less:  Bank Transfers/CD's | 2.75 | 0.00 | |
| Subtotal | 0.00 | 2.75 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 2.75 | |

| | | |
|---|---|---|
| Page Subtotals | 2.75 | 2.75 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit B

| Case No: | 11-22944  -JBS | | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|---|
| Case Name: | TRJ, INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3828  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6530 | | | |
| For Period Ending: | 04/30/13 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/11 | 2 | Jodi A. Ruggeri | #1/payment of 8 | 1129-000 | 2,061.27 | | 2,061.27 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 2,061.28 |
| 10/04/11 | 2 | Jodi A. Ruggeri 11-22940 | #2/payment of 8 | 1129-000 | 312.50 | | 2,373.78 |
| 10/17/11 | 2 | Jodi A. Ruggeri | #3/payment of 8 | 1129-000 | 312.50 | | 2,686.28 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,686.30 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.10 | 2,683.20 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,683.22 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.31 | 2,679.91 |
| 12/01/11 | 2 | Jodi A. Ruggeri | #4/payment of 8 | 1129-000 | 312.50 | | 2,992.41 |
| 12/05/11 | 2 | Jodi A. Ruggeri | #5/payment of 8 | 1129-000 | 312.50 | | 3,304.91 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,304.94 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.92 | 3,301.02 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,301.05 |

Page Subtotals  3,311.38  10.33

LFORM24   UST Form 101-7-TFR (5/1/2011) *(Page: 7)*   Ver: 17.01

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5
Exhibit B

Case No:  11-22944  -JBS
Case Name:  TRJ, INC

Taxpayer ID No:  *******6530
For Period Ending:  04/30/13

Trustee Name:  CATHERINE STEEGE
Bank Name:  BANK OF AMERICA, N.A.
Account Number / CD #:  *******3828  Money Market Account (Interest Earn

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.33 | 3,296.72 |
| 02/06/12 | | Transfer to Acct #*******3873 | Bank Funds Transfer | 9999-000 | | 2.75 | 3,293.97 |
| 02/27/12 | 2 | Jodi A. Ruggeri 1444 W. Elmdale Avenue, #1E Chicago, IL  60660 | #6/payment of 8 | 1129-000 | 312.50 | | 3,606.47 |
| 02/27/12 | 2 | Jodi A. Ruggeri | #7/payment of 8 | 1129-000 | 312.50 | | 3,918.97 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,919.00 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.92 | 3,915.08 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,915.11 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.81 | 3,910.30 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 3,910.33 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.97 | 3,905.36 |
| 05/07/12 | 2 | Jodi A. Ruggeri 1444 W. Elmdale Avenue, #1E Chicago, IL  60660 | #8/payment of 8 - FINAL | 1129-000 | 312.50 | | 4,217.86 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 4,217.89 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.24 | 4,212.65 |

Page Subtotals   937.62   26.02

LFORM24  **UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*   Ver: 17.01

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    6

Exhibit B

| Case No: | 11-22944 -JBS |
|---|---|
| Case Name: | TRJ, INC |

| Taxpayer ID No: | *******6530 |
|---|---|
| For Period Ending: | 04/30/13 |

| Trustee Name: | CATHERINE STEEGE |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3828  Money Market Account (Interest Earn |

| Blanket Bond (per case limit): | $ 5,000,000.00 |
|---|---|
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 4,212.68 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.01 | 4,207.67 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,207.71 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.52 | 4,202.19 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 4,202.20 |
| 08/09/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 9TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 1.38 | 4,200.82 |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 4,200.82 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| COLUMN TOTALS | | 4,249.08 | 4,249.08 | | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 4,203.57 | | |
| Subtotal | | 4,249.08 | 45.51 | | |
| Less:  Payments to Debtors | | | 0.00 | | |
| Net | | 4,249.08 | 45.51 | | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Associated Bank - Checking Account - *******9214 | 0.00 | 44.15 | 4,156.67 |
| BofA - Checking Account - *******3873 | 0.00 | 2.75 | 0.00 |
| Money Market Account (Interest Earn - *******3828 | 4,249.08 | 45.51 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| Page Subtotals | 0.08 | 4,212.73 | |

LFORM24

Ver: 17.01

FORM 2      Page:     7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 11-22944  -JBS | |
| Case Name: | TRJ, INC | |
| Taxpayer ID No: | *******6530 | |
| For Period Ending: | 04/30/13 | |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3828  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | 4,249.08 | 92.41 | 4,156.67 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                0.00                0.00

Ver: 17.01

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | | Date: April 30, 2013 |
|---|---|---|---|---|---|---|---|

Case Number:   11-22944
Debtor Name:   TRJ, INC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001<br>050<br>4110-00 | RBS CITIZENS, N.A.<br>C/O CHARLES KOUTSOGIANE<br>RJW 500<br>443 JEFFERSON BLVD.<br>WARWICK, RI 02886 | Secured | | $0.00 | $48,000.00 | $48,000.00 |
| | Case Totals: | | | $0.00 | $48,000.00 | $48,000.00 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-22944
Case Name: TRJ, INC
Trustee Name: CATHERINE STEEGE

Balance on hand                                            $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | RBS CITIZENS, N.A. | $ | $ | $ | $ |

Total to be paid to secured creditors          $_____

Remaining Balance                              $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CATHERINE STEEGE | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance                              $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE


     The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

     Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

     Timely allowed general (unsecured) claims are as follows:


NONE


     Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

     Tardily filed general (unsecured) claims are as follows:


NONE


     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:


NONE