UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TRJ, INC | § | Case No. 11-22944 JBS |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that CATHERINE STEEGE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of the U. S. Bankruptcy Court
219 South Dearborn
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must appear at the hearing. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 5/28/13 in Courtroom 682, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/30/2013                    By: CLERK OF THE U.S. BANKRUPTCY
                                                COURT

CATHERINE STEEGE
353 N. Clark Street
CHICAGO, IL 60654-3456

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
TRJ, INC § Case No. 11-22944 JBS
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 4,249.08 |
| and approved disbursements of | $ | 92.41 |
| leaving a balance on hand of[1] | $ | 4,156.67 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | RBS CITIZENS, N.A. C/O CHARLES KOUTSOGIANE RJW 500 443 JEFFERSON BLVD. WARWICK, RI 02886 | $ 48,000.00 | $ 48,000.00 | $ 0.00 | $ 3,094.40 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 3,094.40 |
| Remaining Balance | $ | 1,062.27 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CATHERINE STEEGE | $ 1,062.27 | $ 0.00 | $ 1,062.27 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,062.27 |
| Remaining Balance | | | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

              Prepared By: /s/CATHERINE STEEGE, TRUSTEE

*CATHERINE STEEGE*
*353 N. Clark Street*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 11-22944-JBS
TRJ, Inc                                                        Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: bchavez              Page 1 of 2              Date Rcvd: May 01, 2013
                               Form ID: pdf006            Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2013.
db           +TRJ, Inc,   222 Merchandise Mart Plaza,    Suite 15-100,   Chicago, IL 60654-4384
17348706      Charter One Bank,   PO Box 9799,   Providence, RI 02940-9799
17348707     +Citizens Financial Group Inc,   1 Parkway North,   Deerfield, IL 60015-2532
17348708     +Jodi Ruggeri,   221 W. Addison,   2nd Floor,   Chicago, IL 60618
17631071     +RBS Citizens, N.A.,   c/o Charles Koutsogiane,   RJW 500,   443 Jefferson Blvd.,
               Warwick, RI 02886-1321
17592837     +Vornado Realty LP,   c/o Merchandise Mart Properties, Inc.,   222 Merchandise mart Plaza,
               Suite 470,   Chicago, IL 60654-1072
17348709     +Wickstrom Ford Lincoln Mercury,   600 W. Noerhwest Highway,   Barrington, IL 60010-2730

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 03, 2013**          **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: bchavez              Page 2 of 2            Date Rcvd: May 01, 2013
                              Form ID: pdf006            Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2013 at the address(es) listed below:
         Catherine L. Steege, ESQ    csteege@jenner.com, csteege@ecf.epiqsystems.com
         James J Burns, JR    on behalf of Debtor    TRJ, Inc bandwlaw@sbcglobal.net
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                                         TOTAL: 3