# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TRJ, INC | § | Case No. 11-22944 |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CATHERINE STEEGE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/CATHERINE STEEGE_____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | RBS CITIZENS, N.A. | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CATHERINE STEEGE, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Charter One Bank PO Box 9799 Providence, RI 02940-9799 | | | | | |
| | Citizens Financial Group Inc 1 Parkway North Deerfield, IL 60015 | | | | | |
| | Vornado Realty LP c/o Merchandise Mart Properties,Inc 222 Merchandise Mart Plaza, Ste 470 Chicago, IL 60654 | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 11-22944 | JBS | Judge: JACK B SCHMETTERER | Trustee Name: | CATHERINE STEEGE |
| Case Name: | TRJ, INC | | | Date Filed (f) or Converted (c): | 05/31/11 (f) |
| | | | | 341(a) Meeting Date: | 07/14/11 |
| For Period Ending: 08/13/13 | | | | Claims Bar Date: | 01/18/12 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Checking Account - Charter One Bank | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2. Checking - Charter One | 500.00 | 4,248.77 | | 4,248.77 | FA | 0.00 | 0.00 |
| 3. Savings Account - Charter One | 40.00 | 40.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. Accounts Receivable - Various Customers | 1,500.00 | 1,500.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5. Shelving, displays, beds | 2,000.00 | 2,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.31 | Unknown | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $4,040.00 | $7,788.77 | | $4,249.08 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) | $0.00 | $0.00 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Report Approved May 28, 2013.

Alll funds disbursed. Waiting for UST approval to file Final Account.

Initial Projected Date of Final Report (TFR): 12/31/11    Current Projected Date of Final Report (TFR): 06/30/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-22944 -JBS | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | TRJ, INC | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9214  Associated Bank - Checking Account |
| Taxpayer ID No: | *******6530 | | | |
| For Period Ending: | 08/13/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 4,200.82 | | 4,200.82 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.59 | 4,198.23 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.68 | 4,195.55 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.59 | 4,192.96 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.67 | 4,190.29 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,180.29 |
| 02/22/13 | 003001 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA  70139 | Bond Payment | 2300-000 | | 3.62 | 4,176.67 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,166.67 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,156.67 |
| 05/29/13 | 003002 | CATHERINE STEEGE, TRUSTEE<br>JENNER & BLOCK LLP<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 | Chapter 7 Compensation/Fees | 2100-000 | | 1,062.27 | 3,094.40 |
| 05/29/13 | 003003 | RBS CITIZENS, N.A. | FINAL DISTRIBUTION | 4110-000 | | 3,094.40 | 0.00 |
| | | | Page Subtotals | | 4,200.82 | 4,200.82 | |

Ver: 17.02f

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-22944 -JBS | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|
| Case Name: | TRJ, INC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9214  Associated Bank - Checking Account |
| Taxpayer ID No: | *******6530 | | |
| For Period Ending: | 08/13/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | C/O CHARLES KOUTSOGIANE RJW 500 443 JEFFERSON BLVD. WARWICK, RI 02886 | | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 4,200.82 | 4,200.82 | 0.00 |
| Less: Bank Transfers/CD's | 4,200.82 | 0.00 | |
| Subtotal | 0.00 | 4,200.82 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 4,200.82 | |

Page Subtotals       0.00       0.00

Ver: 17.02f

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-22944 -JBS | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|
| Case Name: | TRJ, INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3873  BofA - Checking Account |
| Taxpayer ID No: | *******6530 | | |
| For Period Ending: | 08/13/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/06/12 | | Transfer from Acct #*******3828 | Bank Funds Transfer | 9999-000 | 2.75 | | 2.75 |
| 02/06/12 | 003001 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA  70139 | Bond # 016026455 | 2300-000 | | 2.75 | 0.00 |

```
                         COLUMN TOTALS                        2.75        2.75         0.00
                         Less:  Bank Transfers/CD's           2.75        0.00
                         Subtotal                             0.00        2.75
                         Less:  Payments to Debtors                       0.00
                         Net                                  0.00        2.75
```

Page Subtotals    2.75    2.75

Ver: 17.02f

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 11-22944 -JBS | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | TRJ, INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3828 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6530 | | | |
| For Period Ending: | 08/13/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/11 | 2 | Jodi A. Ruggeri | #1/payment of 8 | 1129-000 | 2,061.27 | | 2,061.27 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 2,061.28 |
| 10/04/11 | 2 | Jodi A. Ruggeri 11-22940 | #2/payment of 8 | 1129-000 | 312.50 | | 2,373.78 |
| 10/17/11 | 2 | Jodi A. Ruggeri | #3/payment of 8 | 1129-000 | 312.50 | | 2,686.28 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,686.30 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.10 | 2,683.20 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,683.22 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.31 | 2,679.91 |
| 12/01/11 | 2 | Jodi A. Ruggeri | #4/payment of 8 | 1129-000 | 312.50 | | 2,992.41 |
| 12/05/11 | 2 | Jodi A. Ruggeri | #5/payment of 8 | 1129-000 | 312.50 | | 3,304.91 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,304.94 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.92 | 3,301.02 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,301.05 |

Page Subtotals       3,311.38      10.33

Ver: 17.02f

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-22944 -JBS | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | TRJ, INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3828  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6530 | | | |
| For Period Ending: | 08/13/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.33 | 3,296.72 |
| 02/06/12 | | Transfer to Acct #*******3873 | Bank Funds Transfer | 9999-000 | | 2.75 | 3,293.97 |
| 02/27/12 | 2 | Jodi A. Ruggeri<br>1444 W. Elmdale Avenue, #1E<br>Chicago, IL  60660 | #6/payment of 8 | 1129-000 | 312.50 | | 3,606.47 |
| 02/27/12 | 2 | Jodi A. Ruggeri | #7/payment of 8 | 1129-000 | 312.50 | | 3,918.97 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,919.00 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.92 | 3,915.08 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,915.11 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.81 | 3,910.30 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 3,910.33 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.97 | 3,905.36 |
| 05/07/12 | 2 | Jodi A. Ruggeri<br>1444 W. Elmdale Avenue, #1E<br>Chicago, IL  60660 | #8/payment of 8 - FINAL | 1129-000 | 312.50 | | 4,217.86 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 4,217.89 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.24 | 4,212.65 |

Page Subtotals     937.62     26.02

Ver: 17.02f

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-22944 -JBS | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | TRJ, INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3828 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6530 | | | |
| For Period Ending: | 08/13/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,212.68 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.01 | 4,207.67 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,207.71 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.52 | 4,202.19 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 4,202.20 |
| 08/09/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>9TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | 2600-000 | | 1.38 | 4,200.82 |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 4,200.82 | 0.00 |

|  | COLUMN TOTALS | 4,249.08 | 4,249.08 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 0.00 | 4,203.57 | |
|  | Subtotal | 4,249.08 | 45.51 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 4,249.08 | 45.51 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Associated Bank - Checking Account - ********9214 | 0.00 | 4,200.82 | 0.00 |
| BofA - Checking Account - ********3873 | 0.00 | 2.75 | 0.00 |
| Money Market Account (Interest Earn - ********3828 | 4,249.08 | 45.51 | 0.00 |
| Page Subtotals | 0.08 | 4,212.73 | |

Ver: 17.02f

LFORM24

FORM 2

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-22944 -JBS | Trustee Name: | CATHERINE STEEGE |
| Case Name: | TRJ, INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3828  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6530 | | |
| For Period Ending: | 08/13/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | 4,249.08 | 4,249.08 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 17.02f

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 14)*