# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE: TRJ, INC          )
                         )
                         )   Bankruptcy No. 11 B 22944
                         )
         Debtor(s)       )
                         )
                         )

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above captioned case for status hearing on __September 26, 2013 at 10:30 a.m.__ in courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Catherine Steege is to appear and provide a status at that time.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Date: August 14, 2013

In re: TRJ, INC
Bankruptcy No. 11 B 22944

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on August 14, 2013, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

*Deborah Smith*
Courtroom Deputy

### Electronic Service through CM/ECF System

James J Burns, JR
Burns & Wincek
53 West Jackson
Suite 909
Chicago, IL 60604
Email: bandwlaw@sbcglobal.net

Trustee
Catherine L. Steege, ESQ
Jenner & Block
353 N. Clark Street
Chicago, IL 60654

U.S. Trustee
Patrick S. Layng
Office of the U.S. Trustee,
Region 11
219 South Dearborn St.
Room 873
Chicago, IL 60604

## Served through First Class Mail

**Debtor**(s)
TRJ, Inc
222 Merchandise Mart Plaza
Suite 15-100
Chicago, IL 60654